OCT 29 2025 PM1:17
FILED - USDC - FLMD - ORL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

JUAN DIEGO BUITRAGO-PATINO

CASE NO.  6:25-cr- 293-RBD- DCI
18 U.S.C. § 111(a)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Assaulting, Resisting, or Impeding a Federal Officer)

On or about October 8, 2025, in the Middle District of Florida, the defendant,

JUAN DIEGO BUITRAGO-PATINO,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with U.S.

Immigration and Customs Enforcement Deportation Officers P.V., J.C. and J.R.,

and Paragon Security Officers D.T., R.C, and E.C., where the aforesaid individuals

are officers and employees of the United States and of any agency in any branch of

the United States Government, while they were engaged in their official duties and

on account of the performance of their official duties, and during the commission of

the act, inflicted bodily injury upon P.V., J.C., J.R., and E.C.

In violation of 18 U.S.C. § 111(a) and (b).

A TRUE BILL,

_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Rachel S. Lyons
Special Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

2

FORM OBD-34
October 25

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## JUAN DIEGO BUITRAGO-PATINO

## INDICTMENT

Violation: 18 U.S.C. § 111(b)

A true bill

_____
Foreperson

Filed in open court this 29th day

of October 2025.

_____
Clerk

Bail $_____